**Order entered December 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01475-CV

### IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-18020**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's December 7, 2018 petition

for writ of mandamus and prohibition.


/s/      DAVID J. SCHENCK
         JUSTICE